UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GERARD OLBEK and ASHLEY ROGERS,

    Plaintiffs,

v.                                                    Case No. 5:19-cv-138-Oc-30PRL

CITY OF WILDWOOD, FLORIDA
And JASON MCHUGH,

    Defendants.

_____/

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Gerard Olbek and Ashley Rogers, by and through their attorneys of Egan, Lev, Lindstrom & Siwica, P.A., hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's order granting Defendants' motions for summary judgment, entered on July 17, 2020 (Doc. 38), and final judgment entered on July 20, 2020 (Doc. 39).

Dated August 12, 2020.                      Respectfully submitted,

                                                      **/s/ Tobe Lev**
                                                        Tobe Lev, Esquire
                                                        FL Bar No. 226475
                                                        Heidi B. Parker, Esquire
                                                        FL Bar No.  1008110
                                                        EGAN, LEV, LINDSTROM & SIWICA, P.A.
                                                        Post Office Box 2231
                                                        Orlando, FL 32801
                                                        Telephone:  407-422-1400
                                                        Facsimile:   407-422-3658
                                                        Primary: TLev@eganlev.com;
                                                        hparker@eganlev.com
                                                        Secondary: dvaughan@eganlev.com
                                                        *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, a copy of the forgoing has been filed with the Clerk of the Middle District Court and furnished by Electronic mail to Michael H. Bowling, Esquire, Bell & Roper, P.A., 2707 East Jefferson Street, Orlando, FL  32803 at: mbowling@bellroperlaw.com and YSuedmeyer@bellroperlaw.com

**/s/ Tobe Lev, Esquire**
Tobe Lev, Esquire