# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 20-13075

_____

District Court Docket No.
5:19-cv-00138-JSM-PRL

GERARD OLBEK,
ASHLEY ROGERS,

                                      Plaintiffs - Appellants,

versus

CITY OF WILDWOOD, FL,
JASON MCHUGH,
Manager, City of Wildwood,

                                      Defendants - Appellees.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

### JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 05, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 11, 2021

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 20-13075-JJ
Case Style: Gerard Olbek, et al v. City of Wildwood, FL, et al
District Court Docket No: 5:19-cv-00138-JSM-PRL

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 20-13075-JJ Gerard Olbek, et al v. City of Wildwood, FL, et al "Mandate Issued" (5:19-cv-00138-JSM-PRL) |
| **Date:** | Tuesday, May 11, 2021 3:59:15 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 05/11/2021

| | |
|---|---|
| **Case Name:** | Gerard Olbek, et al v. City of Wildwood, FL, et al |
| **Case Number:** | 20-13075 |
| **Document(s):** | Document(s) |

**Docket Text:**
Mandate issued as to Appellants Gerard Olbek and Ashley Rogers.

**Notice will be electronically mailed to:**

Michael H. Bowling
Clerk - Middle District of Florida, Clerk of Court
Tobe Lev

The following document(s) are associated with this transaction:
**Document Description:** MDT-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/LoisTunstall_2013075_9383032_MDT-1LetterIssuingMandate_288.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=05/11/2021] [FileNumber=9383032-1]
[850645efdf4109510c737553973314e444b42bb98fec4e447e80cdf709599d4ed796cede507cb21d8d7a93571d7e379c6664ee95df7f9fd1cf49cf3ea34153f3]]
**Recipients:**

- Michael H. Bowling
- Clerk - Middle District of Florida, Clerk of Court
- Tobe Lev

**Document Description:** Mandate Issued
**Original Filename:** 13075jjmandate051121.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=05/11/2021] [FileNumber=9383032-0]
[4446da6962a01746d205473b87833f62b79c7233e75ab672ccd75abface09e0f76ca9235260e0e2f80b1e215b7d29d99ba4600e644848b2f38727e832525636f]]